UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN ANTONIO JAIMES LAZARO, (A-044-547-070),

Petitioner,

v.

WARDEN OF THE CALIFORNIA CITY IMMIGRATION PROCESSING CENTER,[1]

Respondents.

No.  1:26-cv-00060-DC-SCR (HC)

ORDER ADOPTING IN PART FINDINGS AND RECOMMENDATIONS

(ECF Nos. 9, 11)

Petitioner is a federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 15, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within seven days.  Respondents filed objections to the findings and recommendations based on their previously submitted motion to dismiss.  ECF No.

[1]  Based on petitioner's transfer to the California City Immigration Processing Center, the Court hereby substitutes the warden as the proper respondent in this matter absent the necessity of further docket modification in this case since it is being closed.  See ECF No. 14 (Notice of Transfer); see also Rumsfeld v. Padilla, 542 U.S. 426, 435 (2004).

1

12. However, Respondents' arguments were addressed and rejected by the magistrate judge in this case and by the undersigned in other cases. *See Inderjit Singh v. Albarran*, No. 1:26-cv-00940-DC-DMC (HC), 2026 WL 392169, at *6 (E.D. Cal. Feb. 12, 2026); *Garcia v. Warden of the Golden State Annex Det. Facility*, No. 1:26-cv-01386-DC-AC (HC), 2026 WL 981170, at *4 (E.D. Cal. Apr. 13, 2026). Thus, Respondents' objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, for the reasons set forth in this court's previous decisions in *Inderjit Singh* and *Garcia*, the court adopts the recommendation that the petition be granted. *See* 2026 WL 392169 at *3–4; 2026 WL 981170 at *3–4.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 11) are ADOPTED in part;

2. Petitioner's application for a writ of habeas corpus (ECF No. 1) is GRANTED;

3. Respondents are ordered to provide Petitioner Juan Antonio Jaimes Lazaro (A-044-547-070) within fourteen (14) days of this order a bond hearing before an immigration judge at which the government shall bear the burden of justifying petitioner's continued detention by clear and convincing evidence;

4. Respondents are further directed to file a notice certifying compliance with the above provision within seven (7) days from the date of the bond hearing;

5. Respondents' motion to dismiss (ECF No. 9) is DENIED;

6. This order does not address the circumstances in which Respondents may detain Petitioner in the event petitioner becomes subject to an executable final order of removal and Petitioner receives notice of that final order of removal;

7. The Clerk of Court is directed to serve a copy of this order on the California City Detention Center; and

/////

/////

2

8. The Clerk of Court is directed to enter judgment in favor of Petitioner and close this case.


IT IS SO ORDERED.

Dated:    **May 6, 2026**

Dena Coggins
United States District Judge

3